IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRUSTEES OF THE IUPAT DISTRICT COUNCIL No. 51 HEALTH & WELFARE FUND, et al. | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | Civil Case No. L-11-928 |
| DRYWALL SYSTEMS, INC. | : | |
| | : | |
| Defendant | : | |

o0o
**MEMORANDUM**

Having received and carefully reviewed the Report and Recommendations submitted May 6, 2011 by United States Magistrate Judge Paul W. Grimm in connection with the above-entitled action, and no party having filed an objection within 14 days of issuance,[1] the Court hereby approves and adopts in full the recommendations made therein. The Court will, by separate Order of even date, direct the Clerk to enter the confessed judgment.

Dated this 7th day of June, 2011

/s/
_____
Benson Everett Legg
United States District Judge

---

[1] See Fed. R. Civ. P 72(b); Local Rule 301.5.b.

1